Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of Delaware
                     (State)

Case number (If known): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  
   BSI Energy Partners I, LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   20-5993123

4. **Debtor's address**

   **Principal place of business**  
   1536 Eastman Ave Suite A  
   Number    Street  

   Ventura    CA    93003  
   City       State  ZIP Code  

   Ventura  
   County

   **Mailing address, if different from principal place of business**  
   1746 F S. Victoria #382  
   Number    Street  

   P.O. Box  

   Ventura    CA    93003  
   City       State  ZIP Code

   **Location of principal assets, if different from principal place of business**  
   Hwy 515 West to Hutchinson Rd, righ on Par Road 94 to end of road (East Tank Farm)  
   Number    Street  
   North from Hwy 84/1 onto Par Rd 152; West at fork in road to end of road (West Tank Farm)

   Coushatta    LA  
   City         State    ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**  
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify:

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **BSI Energy Partners I, LLC**
Name

Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

2 1 1 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When ___/___/_____ Case number _____
          District _____ When ___/___/_____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes. Debtor **BSI Operating, LLC**   Relationship **Affiliate**
       District **Delaware**           When **11/01/2019**
       Case number, if known _____

Debtor  BSI Energy Partners I, LLC
Name

Case number (if known)_____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other  The asset is an oil & gas field that needs regular monitoring to prevent vandalism and/or environmental damage

Where is the property?  Hwy 515 West to Hutchinson Rd, righ on Par Road 94 to end of road (East Tank Farm)
Number  Street
North from Hwy 84/1 onto Par Rd 152; West at fork in road to end of road (West Tank Farm)

Coushatta                         LA
City                              State   ZIP Code

Is the property insured?
☐ No
☒ Yes. Insurance agency  IMA, Inc - Colorado Division
Contact name  Adam Sack
Phone  303-615-7533

### Statistical and administrative Information

**13. Debtor's estimation of available funds**

Check one:
☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  **BSI Energy Partners I, LLC**
      Name

Case number *(if known)*_____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/01/2019
              MM / DD / YYYY

X  */s/ Dana Bowen*         Dana Bowen
Signature of authorized representative of debtor     Printed name

Title  Manager of BSI Energy Partners, LLC, sole owner of BSI Energy Partners I, LLC

**18. Signature of attorney**

X  */s/ William A. Hazeltine*   Date  11/01/2019
Signature of attorney for debtor              MM / DD / YYYY

William A. Hazeltine
Printed name

Sullivan Hazeltine Allinson LLC
Firm name

901 North Market Street, Suite 1300
Number  Street

Wilmington     DE     19801
City     State     ZIP Code

(302) 428-8191
Contact phone     Email address

3294     DE
Bar number     State

BSI ENERGY PARTNERS I, LLC

ACTION BY UNANIMOUS WRITTEN CONSENT OF
THE SOLE MEMBER IN LIEU OF MEETING

In accordance with Section 18-404(d) of the Delaware Limited Liability Company Act (the "**DLLCA**"), the undersigned, constituting the sole member of BSI Energy Partners I, LLC, a Delaware limited liability company, hereby adopts the recitals and resolutions set forth on **Annex I** hereto effective as of the date this written consent has been executed by the undersigned.

A copy of this written consent that is signed and delivered by electronic mail, facsimile, or other method of electronic of digital transmission shall constitute an original, executed written consent.

BSI ENERGY PARTNERS, LLC

Being the Sole Member of BSI Energy Partners I, LLC

By: _/s/ Dana Bowen_
Name: Dana Bowen

Being a Manager of BSI Energy Partners, LLC

Dated: October 29, 2019

**ANNEX I**

## RESOLUTIONS ADOPTED BY UNANIMOUS WRITTEN CONSENT OF THE SOLE MEMBER OF BSI ENERGY PARTNERS I, LLC IN LIEU OF MEETING

### APPROVAL OF BANKRUPTCY FILING

**WHEREAS**, BSI Energy Partners, LLC ("***BSI EP***"), the sole member of BSI Energy Partners I, LLC, a Delaware limited liability company (the "***Company***"), has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, and the market for the Company's products; and

**WHEREAS**, BSI EP has had the opportunity to fully consider the strategic alternatives available to the Company and the potential impact of such alternatives on the Company's business, its creditors, its equity holders, and other parties in interest:

**NOW, THEREFORE, BE IT RESOLVED** that, in the good faith business judgment of BSI EP, after careful consideration of the lack of available alternatives, it is desirable, necessary and in the best interests of the Company and its creditors, as well as other interested parties, that a voluntary petition (the "***Petition***") be filed by the Company under the provisions of Chapter 7 of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code"); and it is further

**RESOLVED**, that the Company shall be, and hereby is, authorized to (a) file a voluntary petition (the "Petition") for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware or such other court as the Designated Person (defined below) shall determine to be appropriate (the "Bankruptcy Court"); and (b) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the forgoing; and it is further

**RESOLVED**, that Dana Bowen (the "Designated Person") shall be, and acting alone, hereby is, authorized, directed, and empowered on behalf of, and in the name of, the Company to: (a) execute and verify the Petition and all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents as the Designated Person, in her discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by such Designated Person); (b) execute, verify and file or cause to be filed all petitions, schedules, statements, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing or to administer the Company's chapter 7 case, in such form or

forms as the Designated Person may approve; (c) execute and verify any and all other documents necessary or appropriate in connection therewith or to administer the Company's chapter 7 case, in such form or forms as the Designated Person may approve; and (d) take such additional actions as are necessary or appropriate for the Company to perform all of its obligations under Chapter 7 of the Bankruptcy Code; and it is further

**RESOLVED**, that the Designated Person shall be, and is hereby authorized, directed and empowered to retain, on behalf of the Company, Sullivan Hazeltine Allinson LLC and such additional professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants or brokers, in each case as in the Designated Person's judgment may be necessary in connection with the Company's chapter 7 case or other related matters, on such terms as the Designated Person shall approve; and it is further

**RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon the Designated Person, the Designated Person, acting alone, hereby is authorized, directed and empowered in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, included filing fees, in each case as the Designated Person's judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken or to be taken by the Company or the Designated Person in connection with the implementation of these resolutions in all respects are hereby ratified, confirmed and approved; and it is further

**RESOLVED**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions previously performed by the Designated Officer, the Company's management, the Company's professionals, and/or BSI EP, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such actions were taken prior to the executions of these resolutions, are hereby in all respects confirmed, approved and ratified.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:  BSI Energy Partners I, LLC    Case No. 19-_____ ( )
       Debtor(s)    Chapter  7

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for *BSI Energy Partners I, LLC* (the "Debtor") in the above bankruptcy proceeding, certifies that the following is an entity that directly or indirectly owns 10% or more of the Debtor's equity interests:

BSI Energy Partners, LLC

☐ None [*Check if applicable*]

November 1, 2019        /s/ *William A. Hazeltine*
                                  Signature of Attorney or Litigant
                                  *Attorneys for BSI Energy Partners I, LLC*

**Fill in this information to identify the case and this filing:**

Debtor Name __BSI Energy Partners I, LLC__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration __Corporate Ownership Statement (Rule 7007.1)__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/29/2019__         X _/s/ Dana Bowen_
         MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                            __Dana Bowen__
                            Printed name

                            __Manager of Debtor's sole Member BSI Energy Partners, LLC__
                            Position or relationship to debtor

Official Form 202         Declaration Under Penalty of Perjury for Non-Individual Debtors